No. 924. ARSENAL BUILDING CORP. ET AL. *v.* FLEMING, ADMINISTRATOR. March 16, 1942. The motion to substitute is granted and L. Metcalfe Walling, present Administrator of the Wage and Hour Division, U. S. Department of Labor, is substituted as the party respondent herein in the place and stead of Philip B. Fleming, resigned.

No. 523. WEBER *v.* UNITED STATES.

Argued March 9, 1942. Decided March 30, 1942. *Per Curiam:* The judgment is affirmed by an equally divided Court. MR. JUSTICE JACKSON took no part in the consideration or decision of this case. *Mr. Archibald Cox,* with whom *Solicitor General Fahy* and *Mr. W. Marvin Smith* were on the brief, for the United States. *Messrs. A. L. Wirin* and *Arthur Garfield Hays* submitted for petitioner. *Mr. Allen W. Ashburn* filed a brief, as *amicus curiae,* urging affirmance.